# IN THE SUPREME COURT OF THE STATE OF NEVADA

LESLIE MARK STOVALL, D/B/A
STOVALL & ASSOCIATES,
                    Appellant,

vs.

LETICIA RIVERA,
                    Respondent.

No. 69287

**FILED**

JUN 29 2016



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.[1]



_____, C.J.

cc:  Hon. Jerry A. Wiese, District Judge
     Craig A. Hoppe, Settlement Judge
     Stovall & Associates
     Injury Lawyers of Nevada
     Eighth District Court Clerk

---

[1]In light of this order, the May 23, 2016, order conditionally imposing sanctions is vacated.

16-20379